# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT


## 15-322 c/w 15-321


**STATE OF LOUISIANA**

**VERSUS**

**LATRACUS HENRY**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NOS. 182,135-A & 175,213-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## ULYSSES GENE THIBODEAUX
## CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*


Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and David Kent Savoie, Judges.

**REVERSED AND REMANDED.**

**David Edwin Lafargue**
**Assistant District Attorney – 12th Judicial District**
**P. O. Box 277**
**Marksville, LA 71351**
**Telephone:  (318) 253-7521**
**COUNSEL FOR:**
    **Plaintiff/Appellee - State of Louisiana**

**Charles A. Riddle, III**
**District Attorney – 12th Judicial District**
**P. O. Box 1200**
**Marksville, LA 71351**
**Telephone:  (318) 253-6587**
**COUNSEL FOR:**
    **Plaintiff/Appellee - State of Louisiana**

**Myles J. Johnson**
**10105 NE 125th Drive #4**
**Kirkland, WA 98034**
**Telephone:  (504) 234-8264**
**COUNSEL FOR:**
     **Defendant/Appellant - Latracus Henry**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *State v. Henry*, 15-321 (La.App. 3 Cir. ___/___/___); ___ So.3d ___, the judgment of the trial court is reversed and this case is remanded for a new trial. Defendant Latracus Henry's sentence is, therefore, vacated and set aside.

**REVERSED AND REMANDED.**